Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED BUNDSCHUH, | Case No. 09-CV-00312-FCD-EFB |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, TED BUNDSCHUH, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 3, 2009. NCO filed its responsive pleading on March 9, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 5/8/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                                /s/Albert R. Limberg
                                                Albert R. Limberg,
                                                Attorney for Defendant,
                                                NCO Financial Systems, Inc.

Dated: 5/8/09                KROHN & MOSS, LTD.

                                                /s/ Ryan Lee
                                                Ryan Lee,
                                                Attorney for Plaintiff,
                                                Robert Carlton

IT IS SO ORDERED.

Dated: _____
                         Hon. Frank C. Damrell, Jr.
                         United States District Judge